Michael S. RICE, et al., Appellants,

v.

FEDERAL COMMUNICATIONS
COMMISSION, Appellee.

Nos. 01–1474, 02–1103.

United States Court of Appeals,
District of Columbia Circuit.

March 25, 2003.

Before GINSBURG, Chief Judge;
SENTELLE and RANDOLPH, Circuit
Judges.

*JUDGMENT*

PER CURIAM.

This cause was considered on the record
from the Federal Communications Com-
mission and on the briefs filed by the
parties. It is

ORDERED AND ADJUDGED that the deci-
sions of the Federal Communications
Commission be affirmed. Appellant is the
sole shareholder of three former broadcast
licensees. The Commission revoked these
licenses in the wake of appellant's felony
convictions, on a finding that he does not
possess the basic character qualification to
possess a broadcast license. As a further
and independent ground for revocation,
the Commission found that the licensees
deliberately misled it when reporting the
appellant's involvement with the manage-
ment of the companies after his arrest.
*See Contemporary Media, Inc.,* 13
F.C.C.R. 14,437 (1998). This Court then
affirmed the revocation decision. *See
Contemporary Media, Inc. v. FCC,* 214
F.3d 187 (D.C.Cir.2000). Appellant then
filed a petition for equitable relief with the
Commission, claiming that his crimes were
due to a mental disorder from which he
was rehabilitated, and he requested his
licenses be reinstated. He also blamed his
attorneys for failing to present evidence of
his mental disorder and for mishandling
the representation issue at the revocation
hearing. The Commission denied the peti-
tion because it presented no relevant in-
formation not previously available to the
appellant and because it contained no evi-
dence of fraud or misconduct that would
warrant reopening a final proceeding. *See
Michael S. Rice,* 17 F.C.C.R. 4111 (2002).

For the same reasons explained by the
Commission, we deny appellant's request
for this Court to recall its mandate in our
prior opinion affirming the Commission's
decision to revoke the broadcast licenses.
*See Contemporary Media,* 214 F.3d 187.

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.
*See* Fed. R.App. P. 41(b); D.C.Cir. Rule
41.